**Order entered October 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00550-CV

### TIMOTHY BROOKS, Appellant

### V.

### WELLS FARGO BANK, N.A., Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-13646**

## ORDER

Before the Court is appellant's October 6, 2016 pro se "Motion to Withdrawal of Counsel." Appellant is represented in this appeal by attorney Alex L. Davis III. To withdraw as counsel, Mr. Davis must file a motion to withdraw that complies with rule of appellate procedure 6.5. *See* TEX. R. APP. P. 6.5. Accordingly, we **DENY** appellant's pro se motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Davis, counsel for appellant, counsel for appellee, and appellant at beco@att.net.

/s/     CRAIG STODDART
JUSTICE